April 17, 2009

Mr. Warren W. Harris
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2778
Mr. Bruce Edwin Ramage
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002

RE: Case Number: 07-0490
 Court of Appeals Number: 01-05-01080-CV
 Trial Court Number: 2004-09441

Style: MANN FRANKFORT STEIN & LIPP ADVISORS, INC., MFSL GP, L.L.C.,
 AND MFSL EMPLOYEE INVESTMENTS, LTD.
 v.
 BRENDAN J. FIELDING

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |